IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SCOTT,

Petitioner,                     No. CIV S-08-2227 GEB KJM P

vs.

DERRYL ADAMS,

Respondent.                    <u>ORDER</u>

_____/

Petitioner, a California prisoner proceeding pro se with an application for writ of habeas corpus, has filed a motion asking that respondent be held in default because respondent has filed a motion to dismiss instead of an answer.  However, petitioner fails to point to any law in support of his request or any facts justifying such a request.  Petitioner's request (#26) is denied.  Petitioner is warned that if he continues to file frivolous motions such as the one addressed here, he will be sanctioned, possibly with limitations on filings or dismissal of this action.

DATED: August 25, 2009.

_____
U.S. MAGISTRATE JUDGE

1/scot2227.def