IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SCOTT,

      Petitioner,                    No. CIV S-08-2227 GEB KJM P

     vs.

DERRYL ADAMS,

      Respondents.              <u>ORDER</u>

                              /

        Petitioner, a California prisoner proceeding pro se with an application for writ of habeas corpus, has filed a request in which he asks that the court hold an evidentiary hearing. A review of the record does not suggest the need for an evidentiary hearing at this time. Therefore, petitioner's request (#27) is denied.

DATED: August 25, 2009.

                                         U.S. MAGISTRATE JUDGE

1
scot2227.eh