IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SCOTT,

    Petitioner,                    No. CIV-08-2227 GEB KJM P

    vs.

DERRYL ADDAMS,                ORDER

    Respondent.

_____/

    The court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, IT IS HEREBY ORDERED that:

    1. The Federal Defender is appointed to represent petitioner;

    2. The Clerk of the Court is directed to serve a copy of the March 9, 2009 amended petition for writ of habeas corpus and this order on David Porter, Assistant Federal Defender;

    3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file; and

/////

/////

1

4. Counsel for petitioner shall file an amended response to respondent's July 27, 2009 motion to dismiss within thirty days.  Respondent may file a reply within fourteen days of service of the amended response.

DATED: February 23, 2010.

_____
U.S. MAGISTRATE JUDGE

scot2227.110a

2