```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Petitioner
CURTIS SCOTT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SCOTT,<br><br>           Petitioner,<br><br>      v.<br><br>DERRYL ADDAMS,<br><br>           Respondent. | No. CIV 08-2227 GEB KJM P<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL; PROPOSED ORDER** |

     Petitioner, CURTIS SCOTT, hereby moves this Court for an order substituting Michael B. Bigelow, Attorney at Law, 428 J Street, Suite 350, Sacramento, CA  95814, telephone (916) 443-0217, facsimile number (916) 447-2988, as counsel for the petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of petitioner.  Mr. Bigelow has agreed to represent petitioner.  He is an experienced criminal defense attorney, with extensive experience in federal habeas corpus cases.  A copy of the court's file in this case will be forwarded to Michael B. Bigelow.

////

////

////

Michael B. Bigelow is aware of any deadlines in this case. He has authorized the undersigned to sign this substitution motion on his behalf.

Dated: March 1, 2010        Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                             /s/ David M. Porter
                            DAVID M. PORTER
                            Assistant Federal Defender
                            Attorneys for Petitioner
                            CURTIS SCOTT

Dated: March 1, 2010         /s/ Michael B. Bigelow
                            MICHAEL B. BIGELOW

**O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein (Docket No. 32), IT IS HEREBY ORDERED that Michael B. Bigelow, Esq., shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: March 4, 2010.

U.S. MAGISTRATE JUDGE

2