1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CURTIS SCOTT,

11            Petitioner,                    No. CIV-S-08-2227 GEB KJM P

12        vs.

13   DERRYL ADAMS,

14            Respondent.              ORDER

15   _____/

16            On October 1, 2010, counsel for petitioner requested a fifth extension of time to

17   file a response to respondent's pending motion to dismiss.  Counsel was appointed to represent

18   petitioner in March 2010.  The motion to dismiss was filed in July 2009.  It is not clear from

19   counsel's motion whether, given his schedule, he will be able to complete an opposition to

20   respondent's motion to dismiss if the court grants another sixty-day extension of time.

21            In light of the foregoing, IT IS HEREBY ORDERED that counsel for petitioner

22   show cause within ten days why he should not be relieved as counsel for petitioner.  The Clerk

23   of the Court is directed to serve a copy of this order on Federal Defender Daniel Broderick.

24   DATED:  October 18, 2010.

25
     1/scot2227.osc
26                                          _____
                                            U.S. MAGISTRATE JUDGE