IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SCOTT,

      Petitioner,                    No. CIV S-08-2227 GEB KJM P

   vs.

DERRYL ADAMS,

      Respondent.               ORDER

_____/

      Good cause appearing, IT IS HEREBY ORDERED that the order to show cause issued October 19, 2010 is discharged and petitioner is granted sixty days within which to file an amended opposition to respondent's motion to dismiss or a motion for leave to file a second amended petition for writ of habeas.

DATED: October 27, 2010.

_____
U.S. MAGISTRATE JUDGE

1
scot2227.eot