IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SCOTT,

    Petitioner,           No. CIV-S-08-2227 GEB CKD P

    vs.

RAUL LOPEZ,[1]

    Respondent.           ORDER

_____/

    Good cause appearing, IT IS HEREBY ORDERED that respondent file with the court the opinion of the California Court of Appeal concerning petitioner's direct appeal of the convictions and sentences at issue in this action within five days.

Dated: February 8, 2012

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

[1] scot2227.157

---

[1] Raul Lopez, the current warden at petitioner's place of incarceration, is hereby substituted as the respondent in this action. See Fed. R. Civ. P. 25(d). Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).